# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| DANIEL P. BARTON, | ) |
| Plaintiff, | ) |
| | ) CAUSE NO. AP 1:02-CV-0246 TS |
| v. | ) |
| FORT WAYNE POLICE DEPARTMENT, *et al.* | ) |
| Defendants. | ) |

## OPINION AND ORDER

Daniel P. Barton, a *pro se* prisoner, filed a motion seeking to abate the collection of the filing fee for his appeal in this case. Mr. Barton attempts to distinguish his appeal from *Newlin v. Helman*, 123 F.3d 429, 434 (7th Cir. 1997) *overruled on other grounds* by *Lee v. Clinton*, 209 F.3d 1025 (7th Cir. 2000) and *Walker v. O'Brien*, 216 F.3d 626 (7th Cir. 2000).

Mr. Barton is addressing the wrong court. The filing fee was imposed not by this Court but by the United States Court of Appeals for the Seventh Circuit. (*See* Appeal Court's Docket Entry 6, January 24, 2005). This court lacks jurisdiction to overturn that ruling. Therefore, Mr. Barton's motion [DE 86] is **DENIED**.

SO ORDERED on September 19, 2005.

                    S/ Theresa L. Springmann
                    THERESA L. SPRINGMANN
                    UNITED STATES DISTRICT COURT